**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-00314-REB-MJW

JOHNNIE HERRON, SR.,

    Applicant,

v.

KEVIN MILYARD, and
JOHN SUTHERS, The Attorney General of The State of Colorado,

    Respondents.

## MINUTE ORDER[1]

    The matter comes before the court on the applicant's **Motion To Amend Motion in Transverse** [*sic*] [#25], filed July 17, 2009. The motion is **GRANTED**, and the amendments stated in the motion are accepted as amendments to the applicant's traverse.

    Dated: February 4, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.