# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 08-cv-00314-REB-MJW

JOHNNIE HERRON, SR.,

    Applicant,

v.

KEVIN MILYARD, and
JOHN SUTHERS, The Attorney General of The State of Colorado,

    Respondents.

## MINUTE ORDER[1]

    The matter comes before the court on the following applicant's **Request For Clarification, and Assistance** [#35] filed April 27, 2009; and **Motion To Clarify** [#36] filed June 16, 2009.  Both motions are **DENIED** as moot.

    Dated:  February 25, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.