**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-00314-REB-MJW

JOHNNIE HERRON, SR.,

    Applicant,

v.

KEVIN MILYARD, and
JOHN SUTHERS, The Attorney General of The State of Colorado,

    Respondents.

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

This matter is before me on the following: (1) the applicant's **Application for a Writ of Habeas Corpus Pursuant To 28 U.S.C. § 2254** [#6][1] filed March 13, 2008; (2) the **Recommendation on Application for a Writ of Habeas Corpus Pursuant To 28 U.S.C. § 2241 (Docket No. 2)** [#31] filed April 7, 2009; and (3) the applicant's **Objections To the Recommendation (#31) of the Magistrate Judge, Filed April 7, 2009 Which Currently Is Pending: From 18-1.3-401** [#40] filed July 9, 2009. I overrule the applicant's objections, approve and adopt the recommendation, and deny the application for a writ of habeas corpus.

I note that the recommendation of the magistrate judge [#31] refers to the applicant's application docketed as [#2]. Responding to the court's order, the applicant

---

[1] "[#6]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

filed a second application in which he used the correct form, and that application is docketed as [#6]. In the recommendation the magistrate judge addresses the claims asserted in the application docketed as [#6], and, thus, I evaluate the recommendation in relation to the claims asserted in the application docketed as [#6].

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and I have considered carefully the recommendation, objections, and applicable law. In addition, because the plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. **See Erickson v. Pardus**, 551 U.S. 89, 94 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). The recommendation is detailed and well-reasoned. Finding no error in the magistrate judge's reasoning and recommended disposition, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted. I find also that the objections [#40] stated by the applicant are without merit.

In summary, the applicant challenges the legality of prison sentences imposed by the Colorado courts based on two criminal convictions. He asserts two claims in his application. For the reasons detailed by the magistrate judge in the recommendation, I conclude that the applicant failed to exhaust his state court remedies as to claim one, as required by 28 U.S.C. § 2254(b)(1)(A). Further, the applicant has procedurally defaulted this claim and has failed to demonstrate cause and actual prejudice as to his default. Therefore, claim one must be dismissed. Concerning claim two, the magistrate judge details why any claim seeking to apply the holding in **Blakely v. Washington**, 542 U.S.

296 (2004) is invalid.  Further, the magistrate judge details why any claim seeking to apply the holding in *Apprendi v. New Jersey*, 530 U.S. 466 (2000) has been procedurally defaulted in state court.  Further, the applicant has failed to demonstrate cause and actual prejudice as to his default of claim two.  The legal conclusions of the magistrate judge are correct.  Therefore, claim two must be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation on Application for a Writ of Habeas Corpus Pursuant To 28 U.S.C. § 2241 (Docket No. 2)** [#31] filed April 7, 2009, is **APPROVED AND ADOPTED** as an order of this court;

2. That the objections stated in the applicant's **Objections To the Recommendation (#31) of the Magistrate Judge, Filed April 7, 2009 Which Currently Is Pending: From 18-1.3-401** [#40] filed July 9, 2009, are **OVERRULED**;

3. That the applicant's **Application for a Writ of Habeas Corpus Pursuant To 28 U.S.C. § 2254** [#6] filed March 13, 2008, is **DENIED**;

4. That the respondent are **AWARDED** their costs to be taxed by the Clerk of the Court pursuant to FED. R. CIV. P. 54(d)(1) and D.C.COLO.LCivR 54.1; and

5. That this case is **DISMISSED WITH PREJUDICE**.

Dated February 24, 2010, at Denver, Colorado.

                **BY THE COURT:**

                *Bob Blackburn*
                Robert E. Blackburn
                United States District Judge